FILED'11 MAR 02 16:47USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:11 CR 105 - BR |
| v. | INDICTMENT |
| ALLEN LEE BRYSON, Jr., <br> Defendant. | 21 U.S.C. § § 841(a)(1), 841(b)(1)(C), 853 |

THE GRAND JURY CHARGES:

**COUNT 1**
**(Possession with Intent to Distribute Heroin)**

On or about February 10, 2011, in Multnomah County within the District of Oregon, ALLEN LEE BRYSON, Jr., defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**FORFEITURE ALLEGATION**

Upon conviction for the controlled substance offense alleged in this indictment, ALLEN LEE BRYSON, Jr., defendant herein, shall forfeit to the United States pursuant to Title 21 United States Code, Section 853, any and all property constituting, or derived from, any proceeds the said defendant obtained, directly or indirectly, as a result of the violation and any

///

///

and all property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violation alleged in Count 1 of this Indictment.

DATED this ___1___ day of March 2011.

A TRUE BILL:

_____
OFFICIATING FOREPERSON

Presented by:

DWIGHT C. HOLTON
United States Attorney

_____
GREGORY R. NYHUS, OSB# 913841
Assistant United States Attorney