AO 442 (Rev. 01/09) Arrest Warrant

FILED'11 MAR 4 14:02USDC-ORP

# UNITED STATES DISTRICT COURT
для the
District of Oregon

2011 MAR 3 AM 10 27 U.S. MARSHALS

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ALLEN LEE BRYSON, JR. | ) | Case No. 3:11-cr-105-01-BR |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Allen Lee Bryson, Jr.                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Possession with Intent to Distribute Heroin; in violation of 21:841(a)(1),841(b)(1)(C)

Date: 03/03/2011                                                     _P.S.L._
                                                                                        *Issuing officer's signature*

City and state:   Portland, Oregon                                  P. Scheneman, Deputy Clerk
                                                                                        *Printed name and title*

---

### Return

Date 3.3.11
This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____  Arrested By _____

Date: _____                                                     U.S. Marshal By _____
                                                                                        *Arresting officer's signature*

                                                                                        _____
                                                                                        *Printed name and title*