

# UNITED STATES DISTRICT COURT
## District of Oregon

## NOTICE OF JUDICIAL REASSIGNMENT

Date of Reassignment. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 21, 2011

Case Number. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . CR 11-105-MO

Case Title. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . USA v. Allen Lee Bryson, Jr.

**(A)** **Case Reassignment:** In accordance with the Court's Case Management Plan, the above captioned case has been reassigned from the Honorable Anna J. Brown, United States District Judge, to the Honorable Michael W. Mosman, United States District Judge. Information on this case may be obtained from the following:

        Courtroom Deputy:    Dawn Stephens
                                      Telephone:    (503) 326-8024
                                      email:   dawn_stephens@ord.uscourts.gov

        Docket Information:    Patricia Scheneman
                                      Telephone:  (503) 326-8030
                                      email:  patricia_scheneman@ord.uscourts.gov

**(B)** **Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, US District Court in Portland, 740 Mark O. Hatfield United States Courthouse, 1000 S.W. Third Avenue, Portland, Oregon 97204.

**(C)** **Change to the Case Number:** Effective immediately, Judge Mosman's initials (MO) will replace the previous judge's initials in this case.

                                                                    **MARY L. MORAN,**
                                                                    **Clerk of Court**

cc:    Judge Mosman
       Counsel of Record

**Revised August 1, 2006**                                                                            **Case Reassignment Notice**